UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAMSA WANJUKI NJAGI,<br><br>    Plaintiff,<br><br>    v.<br><br>LORETTA LYNCH, U.S. Attorney General; JEH JOHNSON, Secretary, U.S. Department of Homeland Security; ANNE ARRIES CORSANO, Director, Seattle District Office, U.S. Citizenship & Immigration Services; and JAMES COMEY, Director of the U.S. Federal Bureau of Investigations,<br><br>    Defendants. | NO:  2:16-CV-66-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

**BEFORE** the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No. 3. Having reviewed the Notice and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 3**, is **APPROVED**. Plaintiff's Complaint is dismissed without prejudice and without costs to any party.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 3rd day of June 2016.

                      *s/ Rosanna Malouf Peterson*
                      ROSANNA MALOUF PETERSON
                      United States District Judge